UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL SWANSON**, individually and on behalf of others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>**ANTENNA STAR SATELLITES, INC. d/b/a COLONIAL SMART HOME SERVICES**,<br><br>       Defendant. | Civil Case No.: 2:19-cv-05539-RBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS**, the parties have reached an agreement for a settlement that would resolve all claims and counterclaims in this action.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above-captioned action that that above entitled action and all claims and counterclaims alleged therein be dismissed with prejudice as to all parties, with each party to bear their own fees and costs.

|  |  |
|---|---|
| **BROWN, LLC** | **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP** |
| /s/ *Jason T. Brown*<br>Jason T. Brown<br>Ching-Yuan "Tony" Teng<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br>T: (877) 561-0000<br>F: (855) 582-5297<br>jtb@jtblawgroup.com<br>tonyteng@jtblawgroup.com<br><br>*Attorneys for Plaintiff* | */s/ Julie Kinkopf*<br>Julie Kinkopf<br>2000 Market Street, Suite 1300<br>Philadelphia, PA 19103<br>Tel: (215) 972-7900<br>Fax: (215) 564-7699<br>jkinkopf@wglaw.com<br><br>*Attorneys for Defendant* |